**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2024**
_____

RONALD L. DAMERON,

             Plaintiff - Appellant,

        v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security
Administration,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:09-cv-00425-CCE-JEP)

_____

Submitted:  January 30, 2014          Decided:  March 7, 2014

_____

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald L. Dameron, Appellant Pro Se.  Lisa G. Smoller, Special
Assistant United States Attorney, Boston, Massachusetts, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Dameron appeals the district court's order dismissing his action challenging the Commissioner's decision to deny his claim for disability insurance benefits under Title II of the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dameron v. Colvin, No. 1:09-cv-00425-CCE-JEP (M.D.N.C. May 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED